IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TAMARA COZART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RDU GOLF & TRAVEL LLC dba PURE GOLD, a North Carolina Limited Liability Company; DOUGLAS ADKINS, an individual; DOE MANAGERS 1 through 3; and, DOES 4 through 10, inclusive,<br><br>Defendants. | ELECTRONICALLY FILED<br><br>Case No.: 5:21-cv-00217-D |

**ORDER GRANTING PLAINTIFF'S NOTICE AND UNOPPOSED MOTION
TO LIFT STAY AND FOR APPROVAL OF FLSA SETTLEMENT**

This Court, having considered plaintiff Tamara Cozart's (collectively "Plaintiff") Unopposed Motion to Lift the Stay and for Approval of FLSA Settlement, the declaration and supporting exhibits, and good cause appearing, the Court makes the following Order:

1. The Stay issued by this Court on September 22, 2021 (Dkt. 10) is hereby lifted and vacated; and further, the Court, finding the Settlement Agreement to be a fair and reasonable compromise of each and every claim, pursuant to the FLSA;

**THEREFORE,** the Court hereby **GRANTS** the Motion and rules as follows:

1. Plaintiff Tamara Cozart's settlement in the amount of $24,000.00, is **APPROVED,** with $14,000.00 allocated to Plaintiff, as detailed in the Settlement Agreement (Exhibit 1 to the Declaration of John P. Kristensen) and $9,113.18 in attorney's fees and $886.82 in costs to Carpenter & Zuckerman are deemed reasonable; and

2. Any and all remaining moneys, if any, shall be distributed pro rata to the Plaintiff.

**SO ORDERED.** This _13_ day of December, 2022.

_____
James C. Dever III
United States District Judge